UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JULIAN M. BARRON, | ) | No. CV 13-5827 CJC (FFM) |
| Plaintiff, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| AREF FAKHOURY, et al., | ) ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge re Dismissal of Certain Defendants.  Plaintiff has not filed any written Objections to the Report.  The Court concurs with and accepts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that defendants Baity, Ewell, Moreno, Deimert, Green and Leon are dismissed from this action with prejudice.

DATED: May 22, 2014

CORMAC J. CARNEY
United States District Judge