JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN M. BARRON, | ) No. CV 13-5827 CJC (FFM) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| AREF FAKHOURY, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action is dismissed without prejudice.

DATED: March 23, 2015

_____
CORMAC J. CARNEY
United States District Judge